**O, JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>          Plaintiff,<br>     v.<br><br>ALFONSO MARTINEZ; and DOES 1 to 10,<br><br>          Defendants. | Case No.:  2:23-cv-04321-MEMF-KS<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT ALFONSO MARTINEZ** |

///

1

This Court, having granted Plaintiff Jesus Garcia's motion for default judgment against Defendant Alfonso Martinez by Order dated April 12, 2024, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Alfonso Martinez in the amount of: $2,680.00 in attorney's fees and $577 in costs. Moreover, Martinez is ORDERED to (1) provide a parking space designated for persons with disabilities; (2) identify the parking space with a sign that has the International Symbol of Accessibility; (3) post required signage including "Van Accessible," "Minimum Fine $250," and "Unauthorized Parking;" (4) ensure the parking space is van accessible; and (5) mark the space with the International Symbol of Accessibility for his business located at 10420 S. Inglewood Ave., Inglewood, California.

IT IS SO ORDERED.

Dated: October 23, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge